Ronald K. Alberts (SBN: 100017)
ralberts@gordonrees.com
Jordan S. Altura (SBN: 209431)
jaltura@gordonrees.com
Tino X. Do (SBN: 221346)
tdo@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants/Counter-Claimants
CONNECTICUT GENERAL
LIFE INSURANCE COMPANY and
CIGNA HEALTH AND LIFE INSURANCE COMPANY


DEVIN M. SENELICK (State Bar No. 221478)
dsenelick@health-law.com
DARON L. TOOCH (State Bar No. 137269)
dtooch@health-law.com
KATHERINE M. DRU (State Bar No. 280231)
kdru@health-law.com
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff/Counter-Defendant
NUTRISHARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NUTRISHARE, INC., a California Corporation;<br><br>             Plaintiff,<br>     vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>             Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:13-CV-02378-JAM-AC<br><br>**JOINT STIPULATION TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER; ORDER (AS AMENDED BY THE COURT)**<br><br>Hon. John A. Mendez<br>Complaint Filed: September 23, 2013<br>Removed to Federal Court: November 15, 2013<br><br>Trial Date: November 9, 2015 |

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Nutrishare, Inc. ("Nutrishare") and Defendants/Counter-Claimants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company ("CIGNA") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, Nutrishare filed its Complaint on September 23, 2013 in Sacramento Superior Court, and CIGNA removed the suit to this Court on November 15, 2013.

WHEREAS, CIGNA filed its Counter-claim on November 22, 2013.

WHEREAS, Nutrishare moved a motion to dismiss CIGNA's Counter-claims on December 16, 2013, which this Court denied in its entirety on March 14, 2014.

WHEREAS, this Court filed its Status (Pre-trial Scheduling) Order on January 17, 2014 which set deadlines to complete discovery by March 6, 2015, file dispositive motions by April 22, 2015 and commence trial on August 3, 2015.

WHEREAS, Nutrishare moved the Court on April 14, 2014 to certify its March 14, 2014 Order for interlocutory review.

WHEREAS, Nutrishare filed its Counter-claims in Reply on April 24, 2014.

WHEREAS, the Court certified its March 14, 2014 Order for interlocutory review and stayed this litigation on June 12, 2014.

WHEREAS, the Ninth Circuit denied Nutrishare's Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) on September 25, 2014.

WHEREAS, on October 3, 2014, upon the Parties' request and given the delay caused by Nutrishare's appeal, the Court issued its Amended Status (Pre-trial Scheduling) Order which set the discovery deadline to June 5, 2015, deadline to file dispositive motions to July 22, 2015, and commencement of trial to November 9, 2015.

WHEREAS, CIGNA moved to strike Nutrishare's Counter-claims in Reply on October 8, 2014, which the Court granted on November 24, 2014.

WHEREAS, the Parties are moving forward with this litigation and are engaging in discovery. The Parties are also discussing the possibility of mediation, and know that they have to conduct sufficient discovery to ensure that any mediation be productive. The Parties have

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

determined that they will not be position to conduct all necessary discovery to engage in a worthwhile mediation given the current pretrial deadlines.

IT IS HEREBY STIPULATED by and between Nutrishare and CIGNA through their respective counsel of record to modify the current pretrial deadlines as follows:

- June 26, 2015 – Expert disclosure
- July 2, 2015 – Rebuttal expert disclosure
- August 21, 2015 – Discovery cutoff
- October 7, 2015 – Dispositive motion filing deadline
- November 11, 2015 – Motion hearing date
- December 11, 2015 – Final pre-trial conference
- January 25, 2016 – Trial

IT IS SO STIPULATED


Respectfully submitted,

Dated: February 19, 2015                GORDON & REES LLP


By  */s/ Jordan S. Altura*
       Ronald K. Alberts
       Jordan S. Altura
       Tino X. Do
Attorneys For Defendants/Counter-Claimants
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY and CIGNA HEALTH AND LIFE
INSURANCE COMPANY


Dated: February 19, 2015                HOOPER, LUNDY & BOOKMAN, P.C.


By  */s/ Devin M. Senelick*
       Devin M. Senelick
       Katherine M. Dru
Attorneys For Plaintiff/Counter-Defendant
NUTRISHARE, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## ATTESTATION OF E-FILED SIGNATURE

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Joint Stipulation to Modify Amended Pretrial Scheduling Order. In compliance with Local Rule 5-1(i), I hereby attest that Devin M. Senelick, counsel for Plaintiff/Counter-Defendant Nutrishare, Inc. has concurred in this filing.

Dated: February 19, 2015                  */s/ Jordan S. Altura*
                                           Jordan S. Altura

## ORDER (AS AMENDED BY THE COURT)

The Court having considered the Parties' Joint Stipulation, and good cause appearing, finds that the Amended Pretrial Scheduling Order should be modified in the interests of justice.

IT IS HEREBY ORDERED that the current pretrial deadlines be modified as follows:

- June 26, 2015 – Expert disclosure
- July 2, 2015 – Rebuttal expert disclosure
- August 21, 2015 – Discovery cutoff
- October 21, 2015 – Dispositive motion filing deadline
- November 18, 2015 at 9:30 a.m. – Motion hearing date
- January 6, 2016 – Joint pretrial statement due
- January 13, 2016 at 4:00 p.m. – Final pre-trial conference
- February 22, 2016 at 9:00 a.m.– Trial

IT IS SO ORDERED.

Dated: 2/20/2015

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge