UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., a California corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation, CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:13-CV-02378 JAM-AC<br><br><br><br><br><br><br>RELATED CASE ORDER |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>            Counter-Claimants,<br><br>   v.<br><br>NUTRISHARE, INC.,<br><br>            Counter-Defendant. | Case No. 2:15-CV-00351 MCE-DAD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

1

judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

Defendants/Counter-Claimants Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company's objection [52] is noted. However, Local Rule 123(a) does not require that actions arise out of the same transaction or occurrence to be related. Rather, Local Rule 123(a) provides that matters may be related if "both actions involve the same parties and are based on the same *or a similar* claim." L.R. 123(a)(1) (emphasis added). Rule 123(a) also provides that matters may be related if "for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges." L.R. 123(a)(4). For both of these reasons, the matters are related under Local Rule 123.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:15-CV-00351 MCE-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-00351 JAM-AC.

///

///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: February 19, 2015

/s/ John A. Mendez  
JOHN A. MENDEZ  
United States District Court Judge