Jordan S. Altura (SBN: 209431)
jaltura@gordonrees.com
Tino X. Do (SBN: 221346)
tdo@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants/Counter-Claimants
CONNECTICUT GENERAL
LIFE INSURANCE COMPANY and
CIGNA HEALTH AND LIFE INSURANCE COMPANY


DEVIN M. SENELICK (State Bar No. 221478)
dsenelick@health-law.com
DARON L. TOOCH (State Bar No. 137269)
dtooch@health-law.com
KATHERINE M. DRU (State Bar No. 280231)
kdru@health-law.com
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff/Counter-Defendant
NUTRISHARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NUTRISHARE, INC., a California Corporation;<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:13-CV-02378-JAM-AC<br><br>**JOINT STIPULATION TO FURTHER EXTEND TRIAL DEADLINES; ORDER**<br><br>Hon. John A. Mendez<br>Complaint Filed:  September 23, 2013<br>Removed to Federal Court:  November 15, 2013<br><br>Trial Date:  February 22, 2016 |

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Nutrishare, Inc. ("Nutrishare") and Defendants/Counter-Claimants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company ("CIGNA") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, on May 18, 2015, this Court issued an Order that modified the expert and fact discovery deadlines in its February 20, 2015 Amended Pretrial Scheduling Order in the interests of justice pursuant to stipulation of the Parties.

WHEREAS, per the March 18, 2015 Order and February 20, 2015 Order, the pretrial deadlines were set as follows:

- July 24, 2015 – Expert disclosure
- July 31, 2015 – Rebuttal expert disclosure
- September 18, 2015 – Discovery cutoff
- October 21, 2015 – Dispositive motion filing deadline
- November 18, 2015 – Motion hearing date
- January 6, 2016 – Joint pretrial statement due
- January 13, 206 – Final pre-trial conference
- February 22, 2016 – Trial

WHEREAS, the Parties have conducted a substantial amount of discovery, including written discovery, document production and the setting of depositions pursuant to Federal Rule of Civil Procedure 30(b)(6) for July 30, 2015 and July 31, 2015.  Written discovery and document production have led to discovery disputes which the Parties continue to attempt to resolve informally and without involvement of the Court, but significant issues have arisen that may prompt the Parties ultimately to file motions to compel/motions for protective order.

WHEREAS, the Parties have also begun to engage their respective experts/consultants, and to prepare expert reports in advance of the expert disclosure deadline.

WHEREAS, the Parties have continued their informal settlement discussions and now believe they have made enough progress in these discussions so that a productive mediation can be held.  The Parties have agreed to retain Hon. Edward A. Infante (Ret.) as the mediator and

have scheduled the mediation for September 24, 2015, the earliest date that the mediator, counsel and the parties were all available.

WHEREAS, the Parties request an extension of the current trial deadlines to permit the Parties to attempt to resolve this matter at the September 24 mediation but prior to incurring the substantial costs of FRCP 30(b)(6) and other depositions, further written and document discovery (including e-discovery), and expert discovery.

IT IS HEREBY STIPULATED by and between Nutrishare and CIGNA through their respective counsel of record to extend the current trial deadlines as follows:

- October 2, 2015 – Expert disclosure
- October 9, 2015 – Rebuttal expert disclosure
- November 20, 2015 – Discovery cutoff
- January 13, 2016 – Dispositive motion filing deadline
- February 10, 2016 – Motion hearing date
- March 16, 2016 – Joint pretrial statement due
- March 23, 2016 – Final pre-trial conference
- April 20, 2016 - Trial

IT IS SO STIPULATED

Respectfully submitted,

Dated: July 24, 2015                    GORDON & REES LLP

                                        By  */s/ Jordan S. Altura*
                                            Ronald K. Alberts
                                            Jordan S. Altura
                                            Tino X. Do
                                        Attorneys For Defendants/Counter-Claimants
                                        CONNECTICUT GENERAL LIFE INSURANCE
                                        COMPANY and CIGNA HEALTH AND LIFE
                                        INSURANCE COMPANY

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: July 24, 2015                              HOOPER, LUNDY & BOOKMAN, P.C.


                                                  By   */s/ Devin M. Senelick*
                                                     (as authorized on 7.24.15)
                                                        Devin M. Senelick
                                                        Katherine M. Dru
                                                  Attorneys For Plaintiff/Counter-Defendant
                                                  NUTRISHARE, INC.


### **ORDER AS MODIFIED BY THE COURT**

The Court having considered the Parties' Joint Stipulation, and good cause appearing, finds that the current trial deadlines in the May 18, 2015 Order and February 20, 2015 Amended Pretrial Scheduling Order should be extended in the interests of justice.

IT IS HEREBY ORDERED that the current expert and fact deadlines be modified as follows:

- October 2, 2015 – Expert disclosure
- October 9, 2015 – Rebuttal expert disclosure
- November 20, 2015 – Discovery cutoff
- January 12, 2016 – Dispositive motion filing deadline
- February 9, 2016 – at 9:30 a.m. - Motion hearing date
- March 18, 2016 – Joint pretrial statement due
- March 25, 2016 – at 11:00 a.m. - Final pre-trial conference
- May 2, 2016 – at 9:00 a.m. - Trial


IT IS SO ORDERED.


Dated:  7/27/2015
                                                  /s/ John A. Mendez
                                                  Honorable John A. Mendez
                                                  United States District Court Judge