1  JORDAN S. ALTURA (SBN: 209431)
   jaltura@gordonrees.com
2  TINO X. DO (SBN: 221346)
   tdo@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants/Counter-Claimants
   CONNECTICUT GENERAL
7  LIFE INSURANCE COMPANY and
   CIGNA HEALTH AND LIFE INSURANCE COMPANY
8

9  DEVIN M. SENELICK (State Bar No. 221478)
   dsenelick@health-law.com
10 DARON L. TOOCH (State Bar No. 137269)
   dtooch@health-law.com
11 KATHERINE M. DRU (State Bar No. 280231)
   kdru@health-law.com
12 HOOPER, LUNDY & BOOKMAN, P.C.
   1875 Century Park East, Suite 1600
13 Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
14 Facsimile: (310) 551-8181

15 Attorneys for Plaintiff/Counter-Defendant
   NUTRISHARE, INC.
16

17                    UNITED STATES DISTRICT COURT

18               EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

19

| 20 | NUTRISHARE, INC., a California Corporation; | Case No. 2:13-CV-02378-JAM-AC |
|---|---|---|
| 21 |  | **JOINT STIPULATION FOR EXTENSION OF DEADLINE TO SUBMIT SETTLEMENT/DISMISSAL DOCUMENTS; ORDER** |
| 22 | Plaintiff, vs. |  |
| 23 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al., |  |
| 24 |  | Hon. John A. Mendez |
| 25 | Defendants. | Complaint Filed: September 23, 2013 Removed to Federal Court: November 15, 2013 |
| 26 |  |  |
| 27 | AND RELATED COUNTER-CLAIM | Trial Date: February 22, 2016 |
| 28 |  |  |

- 1 -
JOINT STIPULATION FOR EXTENSION OF DEADLINE TO SUBMIT SETTLEMENT/DISMISSAL DOCUMENTS; ORDER

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Nutrishare, Inc. ("Nutrishare") and Defendants/Counter-Claimants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company ("CIGNA") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, on September 25, 2015, the Court ordered the parties to file settlement/dismissal documents by December 7, 2015;

WHEREAS, the Parties have been working together diligently to negotiate all the material terms of the Parties' agreements, which, due to the nature of the claims at issue in this case, are complex and include terms regarding the pending dispute, an agreement concerning the Parties' business relationship going forward, and hundreds of individual patient claims. The delay has been exacerbated by the Thanksgiving holiday, and will be further exacerbated by counsel for Nutrishare's vacation from December 6-13, 2015 and the winter holidays.

WHEREAS, the Parties believe they need an additional four weeks to finalize the terms and complete the settlement documents.

IT IS HEREBY STIPULATED by and between Nutrishare and CIGNA through their respective counsel of record to extend the deadline to file settlement/dismissal documents until January 4, 2016.

IT IS SO STIPULATED

Respectfully submitted,

Dated:  December 3, 2015            GORDON & REES LLP

By  */s/ Jordan S. Altura*
    Ronald K. Alberts
    Jordan S. Altura
    Tino X. Do
Attorneys For Defendants/Counter-Claimants
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY and CIGNA HEALTH AND LIFE
INSURANCE COMPANY

/ / /

/ / /

/ / /

Dated:  December 3, 2015            HOOPER, LUNDY & BOOKMAN, P.C.

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

By /s/ *Devin M. Senelick* (as authorized on 12.3.15)
Devin M. Senelick
Katherine M. Dru
Attorneys For Plaintiff/Counter-Defendant
NUTRISHARE, INC.

## **ORDER**

The Court having considered the Parties' Joint Stipulation, and good cause appearing, finds that the deadline for the Parties to submit settlement/dismissal documents should be extended to January 4, 2016.

IT IS SO ORDERED.

Dated:  12/4/2015                         /s/ John A. Mendez
                                          Honorable John Mendez
                                          United States District Judge

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111