1  JORDAN S. ALTURA (SBN: 209431)
   jaltura@gordonrees.com
2  TINO X. DO (SBN: 221346)
   tdo@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants/Counter-Claimants
   CONNECTICUT GENERAL
7  LIFE INSURANCE COMPANY and
   CIGNA HEALTH AND LIFE INSURANCE COMPANY
8

9  DEVIN M. SENELICK (State Bar No. 221478)
   dsenelick@health-law.com
10 DARON L. TOOCH (State Bar No. 137269)
   dtooch@health-law.com
11 KATHERINE M. DRU (State Bar No. 280231)
   kdru@health-law.com
12 HOOPER, LUNDY & BOOKMAN, P.C.
   1875 Century Park East, Suite 1600
13 Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
14 Facsimile: (310) 551-8181

15 Attorneys for Plaintiff/Counter-Defendant
   NUTRISHARE, INC.
16

17                    UNITED STATES DISTRICT COURT

18            EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

19

| | |
|---|---|
| 20 NUTRISHARE, INC., a California Corporation; | Case No. 2:13-CV-02378-JAM-AC |
| 21                    Plaintiff, | **STIPULATION FOR EXTENSION OF DEADLINE TO FILE STIPULATION FOR DISMISSAL; ORDER** |
| 22       vs. | |
| 23 CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al., | Hon. John A. Mendez |
| 24 | Complaint Filed: September 23, 2013 |
| 25                    Defendants. | Removed to Federal Court: November 15, 2013 |
| 26 | Trial Date: February 22, 2016 |
| 27 AND RELATED COUNTER-CLAIM | |

28

- 1 -
STIPULATION FOR EXTENSION OF DEADLINE TO FILE STIULATION FOR DISMISSAL; ORDER

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Nutrishare, Inc. ("Nutrishare") and Defendants/Counter-Claimants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company ("CIGNA") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, on December 4, 2015, the Court continued the parties' deadline to file settlement/dismissal documents to January 4, 2016;

WHEREAS, the parties entered into a Settlement Agreement and General Release ("Settlement Agreement"), which was fully executed on December 23, 2015;

WHEREAS, the Settlement Agreement provides for installment payments that the parties anticipate will be completed in March 2016, and further provides that the parties will file a request for dismissal within 10 days of the final settlement payment;

WHEREAS, the Parties believe that a 90-day extension of the current deadline to file a stipulation of dismissal will provide adequate time for the parties to complete the settlement and file a request for dismissal of this action;

IT IS HEREBY STIPULATED by and between Nutrishare and CIGNA through their respective counsel of record to extend the deadline to file a stipulation for dismissal to April 4, 2016.

IT IS SO STIPULATED

Respectfully submitted,

Dated: January 4, 2016                    GORDON & REES LLP

                                          By   */s/ Jordan S. Altura*
                                               Ronald K. Alberts
                                               Jordan S. Altura
                                               Tino X. Do
                                          Attorneys For Defendants/Counter-Claimants
                                          CONNECTICUT GENERAL LIFE INSURANCE
                                          COMPANY and CIGNA HEALTH AND LIFE
                                          INSURANCE COMPANY

////

////

////

- 2 -
STIPULATION FOR EXTENSION OF DEADLINE TO FILE STIULATION FOR DISMISSAL; ORDER

Dated: January 4, 2016         HOOPER, LUNDY & BOOKMAN, P.C.


By */s/ Devin M. Senelick* (as authorized on 1.4.16)
         Devin M. Senelick
         Katherine M. Dru
Attorneys For Plaintiff/Counter-Defendant
NUTRISHARE, INC.

## ORDER

The Court having considered the parties' Stipulation, and good cause appearing, finds that the deadline for the parties to file a stipulation for dismissal should be extended to April 4, 2016.

IT IS SO ORDERED.


Dated: 1/4/2016          /s/ John A. Mendez
                Honorable John Mendez
                United States District Court Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111