FILED
APR 1 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
TINO X. DO (SBN: 221346)
tdo@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants/Counter-Claimants
CONNECTICUT GENERAL
LIFE INSURANCE COMPANY and
CIGNA HEALTH AND LIFE INSURANCE COMPANY

DEVIN M. SENELICK (State Bar No. 221478)
dsenelick@health-law.com
DARON L. TOOCH (State Bar No. 137269)
dtooch@health-law.com
KATHERINE M. DRU (State Bar No. 280231)
kdru@health-law.com
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff/Counter-Defendant
NUTRISHARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NUTRISHARE, INC., a California Corporation;<br><br>Plaintiff,<br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:13-CV-02378-JAM-AC<br><br>**STIPULATION FOR FURTHER EXTENSION OF DEADLINE TO FILE STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**<br><br>Hon. John A. Mendez<br>Complaint Filed: September 23, 2013<br>Removed to Federal Court: November 15, 2013<br><br>Trial Date: February 22, 2016 |

- 1 -
STIPULATION FOR FURTHER EXTENSION OF DEADLINE TO FILE STIULATION FOR DISMISSAL; ORDER

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Nutrishare, Inc. ("Nutrishare") and Defendants/Counter-Claimants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company ("CIGNA") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, on January 4, 2016, the Court continued the Parties' deadline to file settlement/dismissal documents to April 4, 2016;

WHEREAS, the Parties entered into a Settlement Agreement and General Release ("Settlement Agreement"), which was fully executed on December 23, 2015;

WHEREAS, the Settlement Agreement provides for installment payments that the Parties anticipate will be completed in March 2016, and further provides that the Parties will file a request for dismissal within 10 days of the final settlement payment;

WHEREAS, there has been an unanticipated delay in the completion of the performance required by the Parties' settlement, which the Parties are actively and cooperatively working to resolve;

WHEREAS, the Parties believe that a 30-day extension of the current deadline to file a stipulation of dismissal will provide adequate time for the Parties to resolve all remaining issues with the completion of the settlement and file a request for dismissal of this action;

IT IS HEREBY STIPULATED by and between Nutrishare and CIGNA through their respective counsel of record to extend the deadline to file a stipulation for dismissal to May 4, 2016.

IT IS SO STIPULATED

Respectfully submitted,

Dated: April 12, 2016                          GORDON & REES LLP

                                               By___/s/ Jordan S. Altura_____
                                                  Ronald K. Alberts
                                                  Jordan S. Altura
                                                  Tino X. Do
                                               Attorneys For Defendants/Counter-Claimants
                                               CONNECTICUT GENERAL LIFE INSURANCE
                                               COMPANY and CIGNA HEALTH AND LIFE
                                               INSURANCE COMPANY

| | |
|---|---|
| Dated: April 12, 2016 | HOOPER, LUNDY & BOOKMAN, P.C. |
| | By /s/ *Devin M. Senelick* (as authorized on 4.12.16)<br>Devin M. Senelick<br>Katherine M. Dru<br>Attorneys For Plaintiff/Counter-Defendant<br>NUTRISHARE, INC. |

## ORDER

The Court having considered the parties' Stipulation, and good cause appearing, finds that the deadline for the parties to file a stipulation for dismissal should be extended to May 4, 2016.

IT IS SO ORDERED.

Dated: April 12, 2016

Honorable John Mendez
United States District Judge