1  JORDAN S. ALTURA (SBN: 209431)
   jaltura@gordonrees.com
2  TINO X. DO (SBN: 221346)
   tdo@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants/Counter-Claimants
   CONNECTICUT GENERAL
7  LIFE INSURANCE COMPANY and
   CIGNA HEALTH AND LIFE INSURANCE COMPANY
8

9  DEVIN M. SENELICK (State Bar No. 221478)
   dsenelick@health-law.com
10 DARON L. TOOCH (State Bar No. 137269)
   dtooch@health-law.com
11 KATHERINE M. DRU (State Bar No. 280231)
   kdru@health-law.com
12 HOOPER, LUNDY & BOOKMAN, P.C.
   1875 Century Park East, Suite 1600
13 Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
14 Facsimile: (310) 551-8181

15 Attorneys for Plaintiff/Counter-Defendant
   NUTRISHARE, INC.
16

17                UNITED STATES DISTRICT COURT

18          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

19

20 NUTRISHARE, INC., a California        Case No. 2:13-CV-02378-JAM-AC
   Corporation;
21                                       **STATUS REPORT AND
           Plaintiff,                    STIPULATION FOR FURTHER
22    vs.                                EXTENSION OF DEADLINE TO
                                         FILE STIPULATION FOR
23 CONNECTICUT GENERAL LIFE              DISMISSAL; ORDER**
   INSURANCE COMPANY, et al.,
24
                                         Hon. John A. Mendez
25         Defendants.                   Complaint Filed: September 23, 2013
                                         Removed to Federal Court: November 15,
26                                       2013

27 AND RELATED COUNTER-CLAIM

28

1207510.1                          - 1 -
STATUS REPORT AND STIPULATION FOR FURTHER EXTENSION OF DEADLINE TO FILE
                  STIULATION FOR DISMISSAL; ORDER

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Nutrishare, Inc. ("Nutrishare") and Defendants/Counter-Claimants Connecticut General Life Insurance Company and CIGNA Health and Life Insurance Company ("CIGNA") (collectively, "Parties") hereby submit the following Status Report and Stipulation as follows:

The Parties entered into a Settlement Agreement dated December 23, 2015, which required, among other things, that Cigna reprocess and pay a number of claims.  Due to the complexity of the underlying services, the large number of individual claims at issue, and the unwieldly computer systems at issue, the reprocessing of the claims has taken months longer than anticipated.  Until those claims are reprocessed, the final settlement payments and dismissal cannot be effectuated.  The Parties have at all times worked diligently to resolve these issues, but it has taken much longer than expected.  The Parties expect to have these issues resolved very soon, but need more time to do so.

Therefore, the Parties stipulate as follows:

WHEREAS, the Court continued the Parties' deadline to file settlement/dismissal documents to April 4, 2016 and later continued the deadline until May 4, 2016;

WHEREAS, the Settlement Agreement provides for installment payments that the Parties anticipate will be completed in early June 2016 and further provides that the Parties will file a request for dismissal within 10 days of the final settlement payment;

WHEREAS, there has been an unanticipated delay in the completion of the performance required by the Parties' settlement, which the Parties are actively and cooperatively working to resolve;

WHEREAS, the Parties believe that an additional extension of the deadline to file a stipulation of dismissal will provide adequate time for the Parties to resolve all remaining issues with the completion of the settlement and file a request for dismissal of this action;

/ / /

/ / /

/ / /

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

IT IS HEREBY STIPULATED by and between Nutrishare and CIGNA through their respective counsel of record to extend the deadline to file a stipulation for dismissal to until June 17, 2016.

IT IS SO STIPULATED

Respectfully submitted,

Dated:  May 20, 2016                           GORDON & REES LLP

By  */s/ Jordan S. Altura*
     Ronald K. Alberts
     Jordan S. Altura
     Tino X. Do
Attorneys For Defendants/Counter-Claimants
CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY

Dated:  May 20, 2016                           HOOPER, LUNDY & BOOKMAN, P.C.

By  */s/ Devin M. Senelick* (as authorized on 5/20/16)
     Devin M. Senelick
     Katherine M. Dru
Attorneys For Plaintiff/Counter-Defendant
NUTRISHARE, INC.

## **ORDER**

The Court having considered the parties' Stipulation, and good cause appearing, finds that the deadline for the parties to file a stipulation for dismissal should be extended to June 17, 2016.

IT IS SO ORDERED.

Dated: 5/23/2016

/s/ John A. Mendez
Honorable John Mendez
United States District Court Judge